**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 43 MAL 2024

            Respondent                 :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

            v.                           :

                                     :

ANGEL R. COLON,                      :

            Petitioner                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.